**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1110**

_____

In Re:  AVA MAUREEN SAWYER,

                                                    Debtor.

----------------------------

AVA MAUREEN SAWYER,

                                        Debtor - Appellant,

        versus

DEAN S. WORCESTER; PRESTON CONNER,

                                        Creditors - Appellees,

ROBERT E. HYMAN,

                                        Trustee - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:05-cv-00644-HEH; BK-04-39378)

_____

Submitted:  July 25, 2006          Decided:  August 23, 2006

_____

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ava Maureen Sawyer, Appellant Pro Se. John David Griffin, FOWLER, GRIFFIN, COYNE & COYNE, P.C., Winchester, Virginia, for Appellee Preston Conner.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ava Maureen Sawyer appeals the district court's orders affirming the bankruptcy court's dismissal of her Chapter 13 petition and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sawyer v. Worcester</u>, Nos. 3:05-cv-00644-HEH; BK-04-39378 (E.D. Va. Nov. 22, 2005, Dec. 9, 2005 & Dec. 23, 2005).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]In light of this disposition, we deny as moot Sawyer's motion for stay.